Alfred Kreps, Minor, by Goldie Zamowski, Mother and Next Friend, Appellant, v. Frank A. D'Agostine, Trading as Blackhawk Tavern, Appellee.

Gen. No. 10,076.

opinion filed June 14, 1946; released for publication July 2, 1946. B. Jay Knight and Frederick H. Haye, for appellant; Thomas A. Keegan, of counsel; William D. Knight and Frank P. North, for appellee. Opinion by JUSTICE BRISTOW. Not to be published in full.

L. F. Schaumburg et al., Appellees, v. Allen M. Lindsay et al., Appellants.

Gen. No. 10,087.

opinion filed June 14, 1946; released for publication July 2, 1946. Stewart R. Winstein and Meyers & Meyers, for appellants; Stewart R. Winstein, of counsel; Oakleaf & Churchill, for appellees; Cyrus Churchill, of counsel. PER CURIAM. Not to be published in full.